# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No: 3:01CR205 (SRU) |
| RIGOBERTO RENDON : | |

## ORDER

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on November 4, 2003 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

SO ORDERED.

Dated this ___13th___ day of ___June___, 2006 at Bridgeport, Connecticut.

HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE